505 A.2d 250

**Russell L. SWACKHAMMER, Hazel D. Ellenberger and Cynthia Lynn Floravit, Petitioners,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

June 10, 1985.

Petition for Allowance of Appeal GRANTED, Nos. 30–32 W.D. Appeal Docket 1985.